Albert H. Sweny, Respondent, v. John N. Peaslee and others, Appellants. — Judgment affirmed, with costs. Opinion by Mayham, J.

---

FIRST DEPARTMENT, DECEMBER TERM, 1891.

In the Matter of the Custody of Josephine Kuhn. — Order affirmed, with costs.* Opinion by Barrett, J

John Fitzpatrick, Respondent, v. The New York Elevated Railroad Company and another, Appellants. — Judgment affirmed, with costs. Opinion Per Curiam

Otto Heinze and others, Respondents, v. Oliver W. Buckingham and others, Appellants. — Judgment and order reversed and new trial ordered, with costs to appellants to abide the event. Opinion by Barrett, J.